# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| 4R4 SONS, LLC, et al., | Case No. 2:21-cv-01081-GMN-NJK |
| Plaintiffs, | **ORDER** |
| v. | [Docket No. 6] |
| TRU G. WILHELM, INC., | |
| Defendant. | |

Pending before the Court is Defendant's motion to redact personal information in Exhibit A attached to its petition for removal. Docket No. 6; *see also* Docket No. 3-4 (Exhibit A to petition for removal). For good cause shown, Defendant's motion is hereby **GRANTED**. The Clerk's Office is **INSTRUCTED** to seal Attachment 4 attached to Defendant's petition for removal at Docket No. 3-4. Defendant must promptly file its redacted version of Attachment 4 to its petition for removal.

IT IS SO ORDERED.

Dated: June 11, 2021

_____
Nancy J. Koppe
United States Magistrate Judge