# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| 4R4 SONS, LLC, et al.,<br>　　　Plaintiffs,<br>v.<br>TRU G. WILHELM, INC.,<br>　　　Defendant. | Case No. 2:21-cv-01081-GMN-NJK<br>**ORDER** |

　　　To date, the parties have not filed a joint stipulated discovery plan as required by Local Rule 26-1(a). The parties are hereby **ORDERED** to file a joint proposed discovery plan no later than August 6, 2021.

　　　IT IS SO ORDERED.

　　　Dated: August 2, 2021

　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　Nancy J. Koppe
　　　　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

1