# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

4R4 SONS, LLC, et al.,

    Plaintiffs,

v.

TRU G. WILHELM, INC.,

    Defendant.

Case No.: 2:21-cv-01081-GMN-NJK

**ORDER**

[Docket No. 40]

Pending before the Court is the parties' stipulation to extend the discovery scheduling order deadlines. Docket No. 40. The parties seek a 180-day extension of all of the deadlines set by the discovery scheduling order. *Id.* at 1.

In support of their request, the parties submit that an extension that doubles the presumptively-reasonable period for discovery is required because potentially dispositive motions are pending before the Court and have not been ruled on yet. *Id.* at 2. The parties further submit that they have faced scheduling conflicts for depositions that have delayed their discovery attempts. *Id.*

The parties essentially seek a stay of discovery without addressing the relevant standards to demonstrate that a stay is appropriate. Should the parties want a stay of discovery, they must submit proper briefing addressing the relevant standards and case law.

Accordingly, the Court **DENIES** the parties' stipulation without prejudice. Docket No. 40.

IT IS SO ORDERED.

Dated: December 8, 2021

                                                                           Nancy J. Koppe
United States Magistrate Judge