# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

4R4 SONS, LLC, et al.,

      Plaintiffs,

v.

TRU G. WILHELM, INC.,

      Defendant.

Case No.: 2:21-cv-01081-GMN-NJK

**ORDER**

[Docket No. 42]

    Pending before the Court is the parties' amended stipulation to extend the discovery scheduling order deadlines.  Docket No. 42.  The parties seek a 90-day extension of all of the deadlines in the scheduling order.  *Id.* at 1.

    The Court finds that the parties have demonstrated good cause for a 45-day extension of the deadlines.  The parties must diligently conduct discovery during this period.

    Accordingly, the Court **GRANTS** in part and **DENIES** in part the parties' stipulation. Docket No. 42.  The deadlines are set as follows:

- Amend pleadings/ add parties: January 24, 2022
- Initial experts: February 21, 2022
- Rebuttal experts: March 23, 2022
- Discovery cut-off: April 22, 2022
- Dispositive motions: May 24, 2022
- Joint proposed pre-trial order: June 23, 2022, 30 days after resolution of dispositive motions, or further Court order.

IT IS SO ORDERED.

Dated: December 10, 2021

_____

Nancy J. Koppe
United States Magistrate Judge

1