# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| 4R4 SONS, LLC, et al., <br><br>　　　　Plaintiffs, <br><br>v. <br><br>TRU G. WILHELM, INC., <br><br>　　　　Defendant. | Case No.: 2:21-cv-01081-GMN-NJK <br><br>**ORDER** |

　　　　The parties have filed voluminous papers regarding discovery disputes.  Docket Nos. 102, 104, 107, 108, 109.  The Court hereby **ORDERS** the parties to submit courtesy copies of their respective filings by 12:00 p.m. on June 7, 2022.  These courtesy copies must be submitted to the undersigned's box in the Clerk's Office.  If any future response or reply to the aforementioned motions exceeds 100 pages (including attachments), the party filing the document must submit a courtesy copy of that document, with exhibits, to the undersigned's box in the Clerk's office within two court days of the filing of said document.

　　　　IT IS SO ORDERED.

　　　　Dated: June 3, 2022

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　Nancy J. Koppe
　　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge